UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60169-GOLD/MCALILEY

SOUTHERN PAN SERVICES COMPANY,

    Plaintiff,

v.

STILES CONSTRUCTION CO. and
SAFECO INSURANCE COMPANY
OF AMERICA,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE; CLOSING CASE

THIS CAUSE comes before the Court on the Notice of Voluntary Dismissal with Prejudice [DE 21] filed by Plaintiff on August 7, 2008.  In this Notice, Plaintiff represents that it is voluntarily dismissing this action with prejudice, with each party to bear its own costs and fees.  Having reviewed this Notice and the case file, it is hereby

ORDERED AND ADJUDGED that

    1.    This case is DISMISSED with prejudice.

    2.    This case is CLOSED.

    3.    All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 11th day of August, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record